IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GREGORY JILES                                                                       PLAINTIFF

v.                              Case No. 3:19-cv-00304 BSM

PHILLIP STERLING, et al.                                                         DEFENDANTS

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Joe J. Volpe [Doc. No. 3] has been received. After careful review of the record, the RD is adopted. This case is dismissed without prejudice. Pursuant to 28. U.S.C. § 1915(a)(3), an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 3rd day of January 2020.

_____
UNITED STATES DISTRICT JUDGE