IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GREGORY JILES**                                                                                          **PLAINTIFF**

v.    Case No. 3:19-cv-00304 BSM

**PHILLIP STERLING, et al.**                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of January 2020.

_____
UNITED STATES DISTRICT JUDGE